James H. Valentinis-Dee        Cause No. 4:24-CV-03404
Plaintiff
  -v-                          Cause No. _____
Eastern District of Arkansas (5th cir)

Now comes said Plaintiff pursuant to 28 USC 1331 asking said court through 18 USC 1952 to rule on the following legal issue & facts through 42 1983; 42 USC 2000ee; Diversity 28 USC 1391(b)

Legal Standard,
United States -v- Iqbal
United States -v- Jackson
Jackson -v- Virginia
Tex. Civil Prac. R. Code 140.007(b)(2)
Tex Health & Safety Code 462.007(b)(2)
Patel -v- Midland Memorial Hospital
293-F.2d-333
Tex. Occupation Code 201.157 Immunity

(A) This case assigned to District Judge Rudofsky and to Magistrate Judge Moore

(1) Plaintiff is timely filed in lower court & appointed honorable District Court for the Southern District of Texas Keith P. Ellison cause # 4:24-CV-03404

(2) Plaintiff is requesting Hon. Keith P. Ellison & appointed Honorable District Court for the Southern District

3) Plaintiff under penalty of perjury that the following statments are true & correct & is requesting persuant to Fed. R. Crim. P. 2B; 12; 21; 37; 45 that the Hon. Keith Giblin; Crazy Donkey of Forrest City Arkansas appear at the parts earliest convience for deposition hearing.

4) Plaintiff also requests that Glynn co of Tennessee thrugh their human resources department super visor be supoenaed for Deposition concerning the herein.

5) Plaintiffs is requesting for 20-25 Glynnco trained correction officer to be ordered placed at Montgomery County Jail; Joe Corley Geo Detention Center two per shift & also two for Medical Dept. via nurses.

6) Plaintoff persuant to Fed. R. Civ. P. 12 is asking said court to review this is the asking said court to review the timeframe of 7-20 to

Complex due to staff conduct.

(7) Plaintiff persuant to 28 USC 1404 (a) in conjunction w/ 28 USC 1391 (b) that the Honorable Southern District Of Texas + Keith P. Ellison through Fed. R. Civ. P. + Fed. R. Crim. P. be grouped in on all deposition hearings + Prima Facei Traditional Summary Judgment hearing.

8) Persuant to Fed. R. Civ. P. 12; 19; 56(c) that the following sanctions through Religious Belief + True Pursuit Of Justice get enforced in plaintiff Constitutional Amendments.

9) Plaintiff is requesting that said court Taylor + Restrict his First through the Fourth in 'Persons; Papers w/no Home to secure the Effects' prong.

10) Said court can hold + review Fed R. Civ. P. 17; 21; 23; 19 plaintiffs for Taylor declarents Sixth to the Seventh in compliance w/ Montgomery County Jail Policy through Inmate Discipline + Thirteenth Amendment until 10-23-24.

Jail Policy through Inmate Discipline + Thirteenth Amendment until 10-25-24.

11) Plaintiff is currently ~~being sent~~ + has continually been subjected to Constraint w/o any form of Recourse or Redress review Security Tape Footage in A-15 from 5-28-24 to 8-24; 9-15-24 in front of Medical.

12) Plaintiff is also listing the United States Marine Corps. in conjunction w/ United States Navy i.e. Recon + Seal Division - Mr. Hudson - Recon/ Bradley Pillow - Seal Team - J. Hess AKA John Whithelm - Seal Team.

13) Plaintiff pursuant to Fed. R. Civ. P. 12; 19; 23; 37; 45 from 8-6-21 to 10-17-23 from Atlanta USP to Coleman USP 2 for Seventh Amendment evidence + preparation for Trial.

14) Plaintiff previously filed a 28 USC 1412; 1421 in conjunction w/ 18 USC 1952 as the vehicle + mechanism

~~the vehicle mechanism~~ to prevent for hearing & ruling over Joseph R. Biden - President as Respondent in a Civil Rico concerning the legal facts in paragraphs #6, #9, #11, #13 & their Plaintiff request for Traditional Summary Judgment through AUSA referral.

15) Plaintiff requests said court persuant to Fed. R. Civ. P. 12; 19; 23; 37; 45 would consider a Lobbyist asignment in the Bi-Partisan Party to Convien a Grand Jury & Impeachment Hearing in conjunction w/ Federal & State Twelfth Amendment recount ASAP.

16) Plaintiff is persuant to 28 USC 1331; Fed. R. Crim. P. 35 (b); 4; Tex. C. Civ. P. 1; 296; in conjunction w/ Fed R. Civ. P. 19 & 21 during the election timeframe of 2012; 2016; 2020 & current election in Pct. 4 & Trump & Biden Campaign.

17) Plaintiff was incarcerated on 5-12-06 on 5-12-06 to 4-17-17 in which was released to Federal USM detainer & Transported to Joe Corley @ Geo Detention Center to begin a 72 month sentence [see Cause #9; 06-CR-23] until 10-17-23 at which time plaintiff was released & subsequently re-arrested on 11-6-23 by Montgomery County Sheriff's Office See 23-11-16688 CR 23-12-19046 [& filed attachments through Motion in Limine - i.e. Extraneous Offences]

18) Plaintiff is requesting a hearing for Injunctive Relief in the form of a Gag Order ~~Tex. Civ. Code~~ ~~Tex. C. Civ. P.~~ Tex. P. Code 47.04; 45; 46; & in conjunction w/ Tex. C. Civ. P. 21.12 through Tex. C. Crim. P. 59 against the listing as Respondent Donald J. Trump; Eva Trump; Joseph R. Biden; Chimalla Harris- Vice-President [No alter ego permitted permitted persuant to Fed. R. Civ. P. 12j/9; Genuine in conjunction w/ Sincere in correlation w/ First &

Fourth in correlation w/ 5 & 14th collectively.

19) Plaintiff is also listing as respondent from here on defendant Tracy Berreau; Lori Gibbons-Perry; Major Humble Texas; Humble Police Dept.; Harris County Pct. 4 Constable - name not known - for Twelth Amendment election re-count purposes 2012; 2016; 2020; 2024 no en banc hearings persuant to genuine & sincere Constitutional Requirement.

20) Plaintiff is requesting & persuant to Fed. R. Civ. P. 12; 19; 807; 45 in correlation w/ Tex C. Civ. P. 1; 296; 21.12; 59 Criminal Procedure for Forfiture General Manager of 100.3 KILT [ Cumulus Studios for De Novo / Deposition Hearings Genuine & Sincere apply No En banc ]

21) Plaintiff is requesting persuant to Fed. R. Civ. P. 12 that decision in cause # 4:24-cv-03404 concerning extraneous offences be adopted through

rule expansion in 221 of rule expansion district court cause 23-11-26988CR

22) Plaintiff is requesting persuant to Fed. R. Crim. P. 4 that the herein be grouped in conjunction w/ pending 11.07 motions both out of 2nd- 9th Judge Hamilton decision pending.

## Prayer For Relief

Declarent is requesting said court grant a Writ of Mandamus to order relief persuant to Fed. R. Civ. P. 12 in corrolation w/ 19 to enforce sanctions herein & compel all hearings & pleadings along w/ Commissary Contract to Supply Montgomery County Jail



# Montgomery County District Clerk

## Melisa Miller

936-539-7855       PO Box 2985 Conroe, TX 77305       districtclerk@mctx.org

Date: October 22, 2024

Defendant:     JAMES H VALENTINISDEE
               #553045
               #1 Criminal Justice Dr
               Conroe TX 77301

ID No.:        553045

Cause No: 23-11-16688; 23-12-19046          Court: 221st Judicial District Court

Dear Defendant,

Please be advised, our office has received and filed your letters and/or Motions. Our office will notify you if an order is signed in your case.

Enclosed, you will find a letter you sent our office that appears to be for a different state. It is being returned for you to direct to the correct office.

Thank you,

_____
Deputy Clerk

Cc: District Attorney

Attorney:   Blake Edwin Enax
            412 W Phillips
            Ste 123
            Conroe TX  77301

James H. Valentinis-Dee
#553045  A-15
#1 Criminal Justice Drive
Conroe Tx 77301



Serve As 42 USC 2000ee
Tex. C. Civ. P. 1 / Tex. C. Civ. P.
Tex. Local Goverment — 687;683 - Clerk Service
    Code         → 191.011/395-HB 1195
Legal Mail    Tex. Goverment Code
              Service of Process
Mail Box Rule   22.017(e)/155.203
10-30-24
                United States District Clerk
Title 18 / Fed. R. Crim. P.  Eastern District Of Arkansas
41 (b)                         600 W Capitol  # A149
                               Little Rock AR 72201